**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

Lester Eaddy

RECEIVED

JAN 1 1 2011.

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

11        177

- against -

City of Philadelphia
Prison System (PPS)
Curran- Fromhold-
Correctional Facility
(CFCF), WARDEN Mr.
John Delaney.
Correctional Officer C/o Slade.
correctional officer c/o Sergeant
Ms. Chestnut, ARAMARK (ARA)
And ARA Supervisor Mr. Walter Flannery,
ARA Employee Ms. Kimberly Vargas.

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

**COMPLAINT**

under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial:  ☐ Yes  ☑ No
(check one)

**I.    Parties in this complaint:**

**A.**    List your name, identification number, and the name and address of your current place of
confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper
as necessary.

Plaintiff        Name Lester Eaddy
ID # 478099
Current Institution Curran-Fromhold Correctional Facility
Address 7901 State Road, Phila. PA. 19136

_____

Rev. 10/2009

B.    List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

**Defendant No. 1**    Name _WARRdeN    JohN DELaNEy_ Shield # _WArrdeN_
Where Currently Employed _Phila. Prison System (PPS)_
Address _CFCF    7901 State Road_
_Phila. PA. 19136_

**Defendant No. 2**    Name _C/o Mr. Slade_ Shield # _N/A_
Where Currently Employed _the CurraN-Fromhold Corr. Fac._
Address _CFCF    7901 state Road_
_Phila, PA. 19136    Phila. Prison System_

**Defendant No. 3**    Name _C/o Sergeant Ms. chestNut_ Shield # _N/A_
Where Currently Employed _CFCF, Phila. Prison system_
Address _7901 State Road_
_Phila. PA. 19136_

**Defendant No. 4**    Name _Mr. Walter Walt FlaNNERy_ Shield # _N/A_
Where Currently Employed _AraMARK Inc. Phila. Prison_
Address _system at CFCF, 7901 state Road_
_Phila. PA. 19136_

**Defendant No. 5**    Name _Ms. Kimberly Vargas_ Shield # _N/A_
Where Currently Employed _UNKNOWN. ARAMARK Inc. PPS_
Address _At CFCF, 7901 state Road_
_Phila. PA. 19136_

## II.    Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    In what institution did the events giving rise to your claim(s) occur? _CurrAN-Fromhold_
_CorREctioNAl Facility (CFCF) 7901 state Road Phila. PA. 19136_

B.    Where in the institution did the events giving rise to your claim(s) occur? _A - uNit,_
_B-uNit, C-uNit, D-uNit, KitcheNArea, Medical Area._

C.    What date and approximate time did the events giving rise to your claim(s) occur? ① _July 22, 2010_
_4:30 PM._ ② _July 24, 2010, 10:30 Am._ ③ _August 15, 2010 10:30 PM._
④ _NOVEMbER 9, 2010, 8:30 PM._ ⑤ _September 30, 2010, APPROX. 8:30 PM._
⑥ _NOVEMbER 22, 2010, Approx. 8:15 PM_ ⑦ _DecEmbER 2, 2010, 8:00 PM_
⑧ _DecEmbER 19, 2010, 9:30 Am_

**What happened to you?**

D.    Facts: ① Plaintiff filed Numerous sick call Request and two Grievance; Complaint of severe back and Knee pain, right Arm going Numb. * See Exhibits A-1 through A-13. ② On or About 7-19-10 Plaintiff Requested Non wool blanket, on Aug. 20 10, Plaintiff was Approved by medical for Non wool blanket, See Exhibits B-1 through B-10. ③ Plaintiff was placed in over-crowed

**Who did what?**

① housing unclean without human Adequate beding. See Exhibit c1 through c-4. medical Doctor refuse to treat me, left me to suffer, And discuss my medical confidential Record with officers. ② Correctional officers has Refused to provide Plaintiff with medical Approve Non wool blanket.

**Was anyone else involved?**

③ Other inmates who has filed law suits.

**Who else saw what happened?**

① other officers. ⑤ Andrea Bay - Rollroyce Cobb, (inmates) - C/o Newton. ⑥ inmates Andrea Bay - Rollroyce Cobb - Anttone Urhey - C/o Osborne.

## III.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. No medical treatment has been provided, Plaintiff is still suffering. Plaintiff has A rash around Neck and face area, Plaintiff is suffering from being in Closed in area of Cold Aircondition all times with out blanket, back pain with-out proper beding, Find myself questioning my Religious Belief.

## IV.    Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that " [n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

Rev. 10/2009                                                    - 3 -

## What happened to you:

④ ON OR about November 9, 2010, Approx. 8:30 PM, while working in the Kitchen Area, Plaintiff smashed two (2) of his fingers in the bath-room door, Plaintiff Reported injury to Kitchen officers, And showed the officers two fingers on his left hAnd. Officer slade Refuse to file incident Report. Plaintiff filed sick call request to medical. fingers was x-RAyed. Two finger-nails completely destroyed. No pain medication was given to Plaintiff. see Exhibit D-1.

⑤ On sept. 30, 2010 while working in the Kitchen Area, Plaintiff was as-sult by an Employee work for ARAMARK Food service., Ms. Kimberly Vargas, who assaulted Plaintiff by throwing somkind of subsistance in Plaintiff head, face, and Food (Dinner), called Plaintiff a RAT, threaten to have other inmates cause Plaintiff bodily injury, putting Plaintiff in an life threaten here at CFCF with other inmates. see Exhibit E-1 through E-3.

⑥ On Nov. 22, 2010, Plaintiff was ordered by Correctional officer C/o slade to enter the bath-room in the Kitchen Area at which time C/o slade did conduct a illegal, unauthorize, unnecssary strip-search. Bathroom floor was wet due to toilet flood, smelled of urine, Plaintiff also Feet was wet. Nov. 24, 2010, C/o slade had information of Plaintiff medical d disable, not able to stand long period, un-able to work in the cold area of the Kitchen due to severe Arthritis. C/o slade ordered Plaintiff to leave the warm Area of the Kitchene, And Report to the coldest Area part of the Kitchen. after Plaintiff could not endure anymor pain, Plaintiff reported back to his assign scale Area, C/o slade fired Plaintiff. see Exhibit F-1 through F-4

## What happened To you:

⑦ On December 2, 2010, Approx. 8:00 PM. while being transfered from A-Building to D-Building, Plaintiff personal belongings was searched by C/o Sergeant Ms. Chestnut who confiscated Plaintiff personal Pubication (2010 Legacey Magazine), an collectors item, the history of A Black pro-fessional fighter, Mr. Muhammad Ali. Sergeant Chestnut to Plaintiff Magazine for her Personal use, And refuse to give Plaintiff A confiscation receipt after Plaintiff verbally Requested for x receipt. was order to file An Grievance on the matter. Plaintiff property (Legacy Magazine) is safe within the rules and Regulations of CFCF, And was not altered in Any Form. See Exhibit G-1.

⑧ On Dec. 19, 2010, I was denied to attend/practice my Christen Religious Belief, by being denied by C/o Ms. Culp. This c/o states, due to plaintiff do not have a christen Religion on his ID arm band. Plaintiff has been denied to practice his Religious beleif in the chaple with other inmate all the while from time plaintiff entered CFCF July 2010 to date. See Exhibit H-1 through H-2.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✗ No _____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). _____ Curran- Fromhold Correctional Facility (CFCF)

B.  Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ✗ No _____ Do Not Know _____

C.  Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ✗ No _____ Do Not Know _____
If YES, which claim(s)? _____ All claims

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ✗ No _____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes _____ No _____

E.  If you did file a grievance, about the events described in this complaint, where did you file the grievance? _____ CFCF 7901 STATE Road Phila.PA.19136

1.  Which claim(s) in this complaint did you grieve? _____ All claims

2.  What was the result, if any? _____ No result

3.  What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____ By there being NO ANSUER to grievance, PlAintiff is not Able to Appeal grievance with out A Response to grievance, CFCF practice c/o's practice on a high scale destroying inmate grievances.

**F.** **If you did not file a grievance:**

1. If there are any reasons why you did not file a grievance, state them here: _____

_____

_____

_____

_____

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any: _____

_____

_____

_____

_____

**G.** Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. *Plaintiff followed all steps in Administrative remedies, C/o's at CFCF practice destroying inmates grievances, therefore inmate never receive A response which deter inmates from attempting to refile, putting sending out a message to inmates. the grievance system dont work.*

**Note:** You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

**V.** **Relief:**

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). *IN PARAGraph #1, $15,000.00 for pain and suffering, And give plaintiff proper medical treatment/transfer plaintiff to a facility for Medical treatment and less harsh condition. Paragraph #2, $15,000.00 for force plaintiff to suffer in cold for so long with out A blanket, provide Plaintiff with proper blanket that CFCF do have possesion.*

Paragraph #3 $500,000 for housing plaintiff in unsafe, over crowded housing condition, to obtain financial gain.

Paragraph #4 $1000.00 Pain and suffering of plaintiff two fingers on left hand being injured.

Paragraph #5 $20,000.00 for the assault on plaintiff, where as the plaintiff lives in fear for his life of other inmates.

Paragraph #6 $15,000.00 for the illegal, unauthorize strip-search on plaintiff, for the humiliation plaintiff suffered being forced to stand in urine, causing plaintiff phycial suffering and taking plaintiff job arbitrarily.

Paragraph #7 Return plaintiff property in good condition, or compenstate plaintiff $20,000.00 for his property.

Paragraph #8 Stop all practices of denying inmates to attend/practice Religious Beliefs, compenstat plaintiff $5000.00 for Denying plaintiff to practice his Religious Belief.

**VI.    Previous lawsuits:**

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

On these claims

Yes _____ No _X___

B.    If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format. )

1.    Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2.    Court (if federal court, name the district; if state court, name the county) _____

3.    Docket or Index number _____

4.    Name of Judge assigned to your case _____

5.    Approximate date of filing lawsuit _____

6.    Is the case still pending?   Yes _____ No _____

If NO, give the approximate date of disposition _____

Rev. 10/2009                              - 6 -

7.  What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

_____

_____

**On other claims**

C.  Have you filed other lawsuits in state or federal court?

Yes **X** No _____ .

D.  If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.  Parties to the previous lawsuit:

Plaintiff ___Lester Eaddy___

Defendants ___N/A___

2.  Court (if federal court, name the district; if state court, name the county) ___WESTERN district___

3.  Docket or Index number ___N/A___

4.  Name of Judge assigned to your case ___N/A___

5.  Approximate date of filing lawsuit ___2001___

6.  Is the case still pending?   Yes _____ No __X__

If NO, give the approximate date of disposition ___2003___

7.  What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

___dismissed___

_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __6__ day of ___Jan___ , 20_11_.

Signature of Plaintiff ___Lester Eaddy___

Inmate Number ___478099___

Institution Address ___7901 State Road Phila, PA, 19136___

<u>Note:</u>    All plaintiffs named in the caption of the complaint must date and sign the complaint and provide
their inmate numbers and addresses.

I declare under penalty of perjury that on this **6** day of _____ **Jan** _____, 20 **11**, I am delivering
this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the
Eastern District of Pennsylvania.

Signature of Plaintiff: *Lester Eaddy  PP#478099*
*7901 State Road*
*Phila. PA. 19136*